**Dismiss and Opinion Filed May 7, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00441-CV

**H. JONATHAN COOKE, INDIVIDUALLY AND ON BEHALF OF ESCROW PARTNERS DALLAS, L.P.; ESCROW PARTNERS DALLAS, GP, INC.; ESCROW PARTNERS HOUSTON, L.P.; ESCROW PARTNERS HOUSTON, GP, INC.; ESCROW PARTNERS AUSTIN, L.P.; ESCROW PARTNERS AUSTIN, GP, INC.; ESCROW PARTNERS SAN ANTONIO, L.P.; ESCROW PARTNERS SAN ANTONIO, GP, INC.; TITLE PARTNERS, L.L.P.; NORTH AMERICAN MANAGEMENT, L.L.P.; TJ PARTNERS I, LLC; AND TJ PARTNERS II, LLC, Appellant**

**V.**

**ROBERT C. KARLSENG; KARLSENG LAW FIRM, P.C.; ASHLEY BRIGHAM PATTEN; PATTEN & KARLSENG LAW FIRM, P.C.; JACQUES YVES LEBLANC; AND LEBLANC, PATTEN AND KARLSENG LAW FIRM, P.C., Appellees**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 06-02873-L**

## MEMORANDUM OPINION
Before Chief Justice Wright and Justices Lang-Miers and Stoddart
Opinion by Justice Stoddart

H. Jonathan Cooke, individually and on behalf of several partnerships, has filed a petition for permissive appeal from two interlocutory summary judgment orders in favor of appellees. Permissive appeals are authorized under section 51.014(d) of the Texas Civil Practice and Remedies Code. TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(d) (West 2015). Applicable to suits filed on or after September 1, 2011, this section provides an exception to the general rule that interlocutory orders are not immediately appealable. *See* Act of May 25, 2011, 82d Leg., ch.

203, §§ 3.01, 6.01—.02, 2011 Tex. Gen. Laws 758, 759, 760 (current version at TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(d)); TEX. R. APP. P. 28.3 cmt.; *CMH Homes v. Perez*, 340 S.W.3d 444, 447 (Tex. 2011). The underlying suit here was filed in March 2006. At that time, section 51.014(d) authorized appeals from otherwise unappealable interlocutory orders where, among other requirements, the parties agreed to the appeal. *See* Act of May 27, 2005, 79th Leg., R.S., ch. 1051, § 1, 2005 Tex. Gen. Laws 3512, 3513 (amended 2011). Appellees note in their response to Cooke's petition that they did not agree to the appeal. Cooke has filed no reply disputing this assertion, and a review of the record before us confirms no agreement exists. Accordingly, because appellees did not agree to the appeal and the section authorizing permissive appeals is inapplicable, we deny the petition and dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

CRAIG STODDART
JUSTICE

150441F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

H. JONATHAN COOKE, INDIVIDUALLY
AND ON BEHALF OF ESCROW
PARTNERS DALLAS, L.P.; ESCROW
PARTNERS DALLAS, GP, INC.;
ESCROW PARTNERS HOUSTON, L.P.;
ESCROW PARTNERS HOUSTON, GP,
INC.; ESCROW PARTNERS AUSTIN,
L.P.; ESCROW PARTNERS AUSTIN, GP,
INC.; ESCROW PARTNERS SAN
ANTONIO, L.P.; ESCROW PARTNERS
SAN ANTONIO, GP, INC.; TITLE
PARTNERS, L.L.P.; NORTH AMERICAN
MANAGEMENT, L.L.P.; TJ PARTNERS I,
LLC; AND TJ PARTNERS II, LLC,
Appellant

No. 05-15-00441-CV        V.

ROBERT C. KARLSENG; KARLSENG
LAW FIRM, P.C.; ASHLEY BRIGHAM
PATTEN; PATTEN & KARLSENG LAW
FIRM, P.C.; JACQUES YVES LEBLANC;
AND LEBLANC, PATTEN AND
KARLSENG LAW FIRM, P.C. , Appellees

On Appeal from the 193rd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. 06-02873-L.
Opinion delivered by Justice Stoddart. Chief
Justice Wright and Justice Lang-Miers
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** appellees Robert C. Karlseng; Karlseng Law Firm, P.C.; Ashley Brigham
Patten; Patten & Karlseng Law Firm, P.C.; Jacques Yves LeBlanc; and LeBlanc, Patten and
Karlseng Law Firm, P.C. recover their costs, if any, of this appeal from appellant H. Jonathan
Cooke, individually and on behalf of Escrow Partners Dallas, L.P.; Escrow Partners Dallas, GP,
Inc.; Escrow Partners Houston, L.P.; Escrow Partners Houston, GP, Inc.; Escrow Partners
Austin, L.P.; Escrow Partners Austin, GP, Inc.; Escrow Partners San Antonio, L.P.; Escrow

–3–

Partners San Antonio, GP, Inc.; Title Partners, L.L.P.; North American Management, L.L.P.; TJ Partners I, LLC; and TJ Partners II, LLC.


Judgment entered this 7th day of May, 2015.